# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

YOLANDA ALDERETE,

    Plaintiff,

v.                                          CIV 19-0643 WJ/KBM

ANDREW SAUL,
Commissioner of Social
Security Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PF&RD") on May 5, 2020, recommending that the Court grant Defendant's Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). *Doc. 35* at 2. In making this recommendation, the Magistrate Judge found that the ALJ's decision was not supported by substantial evidence and that the ALJ did not apply the correct legal standards in reaching a partially favorable disability determination. *Id.* at 1-2. The PF&RD notifies the parties of their ability to file objections and that failure to do so waives appellate review. *Id.* at 2. To date, neither party has filed objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 35)* is **ADOPTED**;

2. Defendant's Motion to Remand for Further Administrative Proceedings

Pursuant to Sentence Four of 42 U.S.C. § 405(g) (*Doc 32*) is **GRANTED**; and

3. The Court will remand the case to the Commissioner of the Social Security Administration pursuant to 42 U.S.C. § 405(g), and the agency will reconsider Plaintiff's claim.

_____
CHIEF UNITED STATES DISTRICT JUDGE